**ALVERSON TAYLOR & SANDERS**
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
PATRICE STEPHENSON-JOHNSON, ESQ.
Nevada Bar No. 12283
6605 Grand Montecito Pkwy., Suite 200
Las Vegas, Nevada 89149
(702) 384-7000
efile@alversontaylor.com
*Attorneys for Defendants*
*Geoffrey Morrow; Wal-Mart Transportation,*
*LLC; and Walmart Inc. dba Walmart and as*
*Wal-Mart*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| GREGORY ROBERTS, an individual, | Case No.: 2:22-cv-00831-JAD-BNW |
| Plaintiff, | |
| vs. | |
| GEOFFREY MORROW, an individual; WAL-MART TRANSPORTATION, LLC, a Foreign Limited-Liability Company; WALMART INC., a Foreign Corporation, dba WALMART and as WAL-MART; DOES 1 through 50, inclusive; and ROE ENTITIES 1 through 50, inclusive, | **STIPULATION AND ORDER TO STAY THE PROCEEDINGS UNTIL OCTOBER 21, 2022** |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between: Defendants GEOFFERY MORROW; WALMART TRANSPORTATION, LLC; WALMART, INCL DBA WALMART and as WALMART, by and through their attorneys KURT R. BONDS, ESQ., and PATRICE STEPHENSON-JOHNSON, ESQ., of ALVERSON TAYLOR MORTENSEN & SANDERS and Plaintiff GREGORY ROBERTS, by and through their attorneys ROBERT B. SIDELL, ESQ., and ROBERT H. SIDELL, ESQ., of SIDELL INJURY LAW, that the proceedings in this matter be stayed for a period of 120 days.

1

KB/27666

This matter relates to a motor vehicle collision that occurred on December 19, 2019. The parties desire to stay these proceedings to allow for settlement negotiations to proceed with an adequate timeframe for a conclusion to be reached.

This stipulation is based on the following:

1. On June 20, 2022, Defendant received Plaintiff's Demand Package that included extensive medical records.

2. As the Demand Package was recently received, the parties wish to enter into settlement negotiations based on the recent disclosure.

3. Accordingly, the parties desire to stay this action as to allow settlement negotiations to proceed in an effect to resolve this matter prior to expending resources on litigation.

4. IT IS HEREBY STIPULATED AND AGREED that this action shall be stayed for 120 days to allow the parties to negotiate a settlement agreement.

5. IT IS FURTHER STIPULATED AND AGREED that the stay established by this order shall automatically terminate after 120 days from the issuance of a grant of this order.

**IT IS SO AGREED AND STIPULATED:**

| | |
|---|---|
| DATED: June 23, 2022 | DATED: June 23, 2022 |
| ALVERSON, TAYLOR, & SANDERS | SIDELL INJURY LAW |
| /s/ Kurt R. Bonds | /s/ Robert Sidell |
| KURT R. BONDS, ESQ. | ROBERT B. SIDELL, ESQ. |
| Nevada Bar No. 6228 | Nevada Bar No. 1196 |
| PATRICE STEPHENSON-JOHNSON, ESQ. | ROBERT H. SIDELL, ESQ. |
| Nevada Bar No. 12283 | Nevada Bar No. 14620 |
| 6605 Grand Montecito Pkwy., Suite 200 | 3415 W. Charleston Blvd. |
| Las Vegas, Nevada 89149 | Las Vegas, NV 89102 |
| (702) 384-7000 | (702) 384-3847 |
| efile@alversontaylor.com | Sidell.law@gmail.com |
| *Attorneys for Defendants* | *Attorneys for Plaintiff* |

ALVERSON TAYLOR & SANDERS
LAWYERS
6605 GRAND MONTECITO PKWY STE 200
LAS VEGAS, NV 89149
(702) 384-7000

KB/27666

## **ORDER**

Based on the parties' stipulation [ECF No. 4], IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this action is stayed for all purposes through October 21, 2022.

DATED this 4th day of July, 2022.

_____
FEDERAL DISTRICT COURT JUDGE

Respectfully submitted by:

ALVERSON, TAYLOR & SANDERS

/s/ Kurt R. Bonds
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
PATRICE STEPHENSON-JOHNSON, ESQ.
Nevada Bar No. 12283
6605 Grand Montecito Parkway
Suite 200
Las Vegas, Nevada 89149
(702) 384-7000
efile@alversontaylor.com
*Attorneys for Defendants*
*Geoffrey Morrow; Wal-Mart Transportation, LLC; and Walmart Inc. dba Walmart and as Wal-Mart*

N:\CLIENTS\27600\27666\Pleadings\Roberts Stip & Order to Stay Proceedings.docx

3

KB/27666