SIDELL INJURY LAW
ROBERT SIDELL, ESQ.
Nevada Bar No.: 1196
R. HUNTER SIDELL, ESQ.
Nevada Bar No.: 14620
3415 West Charleston Blvd.
Las Vegas, NV 89102
Phone: 702-384-3847
Fax: 702-880-7656
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| GREGORY ROBERTS, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> GEOFFREY MORROW, an individual; WAL-MART TRANSPORTATION, LLC, a Foreign Limited-Liability Company, WALMART INC., a Foreign Corporation, dba WALMART and as WAL-MART; DOES 1 through 50, inclusive; and ROE ENTITIES 1 through 50, inclusive, <br><br> Defendants. | Case No.: 2:22-cv-00831-JAD-BNW <br><br> **STIPULATION AND ORDER TO STAY THE PROCEEDINGS THROUGH DECEMBER 31, 2022** |

IT IS HEREBY STIPULATED AND AGREED, by and between: Plaintiff GREGORY ROBERTS, by and through his attorneys ROBERT SIDELL, ESQ. and HUNTER SIDELL, ESQ., of SIDELL INJURY LAW, and Defendants GEOFFERY MORROW; WALMART TRANSPORTATION, LLC; WALMART, INC. DBA WALMART and as WALMART, by and through their attorneys KURT BONDS, ESQ., and PATRICE STEPHENSON-JOHNSON, ESQ., of ALVERSON TAYLOR MORTENSEN & SANDERS that the proceedings in this matter be stayed through December 31, 2022.

1

This matter relates to a motor vehicle collision that occurred on December 19, 2019. The parties have a mediation scheduled for December 5, 2022 and desire a stay of these proceedings to facilitate these settlement talks.

This stipulation is based on the following:

1. The court previously approved a stay in this case until October 21, 2022.
2. During this stay, the parties have actively worked towards resolution of this claim. The parties have cooperated in the exchange and review of pertinent case documentation and have scheduled a mediation.
3. The parties presently have a mediation scheduled for December 5, 2022.
4. The parties desire an extended stay through December 31, 2022 to allow completion of the mediation.
5. IT IS HEREBY STIPULATED AND AGREED that this action shall be stayed through December 31, 2022.
6. IT IS HEREBY STIPULATED AND AGREED that the stay established by this order shall terminate after December 31, 2022.

**IT IS SO AGREED AND STIPULATED:**

DATED: 10/17/2022                                   DATED: 10/17/2022

SIDELL INJURY LAW                                   ALVERSON, TAYLOR, & SANDERS

*s/ Hunter Sidell, Esq.*                            *s/ Patrice Stephenson-Johnson, Esq.*

ROBERT SIDELL, ESQ.                                 KURT BONDS, ESQ.
Nevada Bar No.: 1196                                Nevada Bar No.: 6228
HUNTER SIDELL, ESQ.                                 PATRICE STEPHENSON-JOHNSON, ESQ.
Nevada Bar No.: 1496                                Nevada Bar No.: 12283
3415 W. Charleston Blvd.                            6605 Grand Montecito Pkwy Suite 200
Las Vegas, NV 89102                                 Las Vegas, NV 89149
*Attorneys for Plaintiffs*                          *Attorneys for Defendants*

**ORDER**

Based on the parties' stipulation [ECF No. 6], IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this action is stayed for all purposes through December 31, 2022.

DATED: October 18, 2022

_____
FEDERAL DISTRICT COURT JUDGE

Respectfully submitted by:

SIDELL INJURY LAW

  s/ *Hunter Sidell, Esq.*
_____
ROBERT SIDELL, ESQ.
Nevada Bar No.: 1196
R. HUNTER SIDELL, ESQ.
Nevada Bar No.: 14620
3415 West Charleston Blvd.
Las Vegas, NV 89102
Phone: 702-384-3847
Fax: 702-880-7656
*Attorneys for Plaintiff*

3