SIDELL INJURY LAW
ROBERT SIDELL, ESQ.
Nevada Bar No.: 1196
R. HUNTER SIDELL, ESQ.
Nevada Bar No.: 14620
3415 West Charleston Blvd.
Las Vegas, NV 89102
Phone: 702-384-3847
Fax: 702-880-7656
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| GREGORY ROBERTS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>GEOFFREY MORROW, an individual; WAL-MART TRANSPORTATION, LLC, a Foreign Limited-Liability Company, WALMART INC., a Foreign Corporation, dba WALMART and as WAL-MART; DOES 1 through 50, inclusive; and ROE ENTITIES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-00831-JAD-BNW<br><br>**STIPULATION AND ORDER TO STAY THE PROCEEDINGS THROUGH MAY 1, 2023**<br><br>ECF No. 10 |

IT IS HEREBY STIPULATED AND AGREED, by and between: Plaintiff GREGORY ROBERTS, by and through his attorneys ROBERT SIDELL, ESQ. and HUNTER SIDELL, ESQ., of SIDELL INJURY LAW, and Defendants GEOFFERY MORROW; WALMART TRANSPORTATION, LLC; WALMART, INC. DBA WALMART and as WALMART, by and through their attorneys KURT BONDS, ESQ., and MADISON AGUIRRE, ESQ., of ALVERSON TAYLOR MORTENSEN & SANDERS that the proceedings in this matter be stayed through May 1, 2023.

1

This matter relates to a motor vehicle collision that occurred on December 19, 2019. The parties have a mediation scheduled for March 27, 2023, and desire a stay of these proceedings to facilitate these settlement talks.

This stipulation is based on the following:

1. The court previously approved a stay in this case until March 31, 2023.

2. The parties have a mediation scheduled for March 27, 2023.

3. The parties desire an extended stay through May 1, 2023. This stay will afford the parties time to resolve the case or prepare to begin the litigation.

4. IT IS HEREBY STIPULATED AND AGREED that this action shall be stayed through May 1, 2023.

5. IT IS HEREBY STIPULATED AND AGREED that the stay established by this order shall terminate after May 1, 2023.

**IT IS SO AGREED AND STIPULATED:**

DATED: 3/24/2023                              DATED: 3/24/2023

SIDELL INJURY LAW                             ALVERSON, TAYLOR, & SANDERS

s/ *Hunter Sidell, Esq.*                      s/ *Madison Aguirre, Esq.*

ROBERT SIDELL, ESQ.                           KURT BONDS, ESQ.
Nevada Bar No.: 1196                          Nevada Bar No.: 6228
HUNTER SIDELL, ESQ.                           MADISON AGUIRRE, ESQ.
Nevada Bar No.: 14620                         Nevada Bar No.: 16183
3415 W. Charleston Blvd.                      6605 Grand Montecito Pkwy Suite 200
Las Vegas, NV 89102                           Las Vegas, NV 89149
*Attorneys for Plaintiffs*                    *Attorneys for Defendants*

**ORDER**

Based on the parties' stipulation [ECF No. 10] and good cause appearing, IT IS ORDERED that this action is stayed for all purposes until May 1, 2023.

DATED: 3/27/23

_____
DISTRICT COURT JUDGE

Respectfully submitted by:

SIDELL INJURY LAW

s/ *Hunter Sidell, Esq.*
_____
ROBERT SIDELL, ESQ.
Nevada Bar No.: 1196
R. HUNTER SIDELL, ESQ.
Nevada Bar No.: 14620
3415 West Charleston Blvd.
Las Vegas, NV 89102
Phone: 702-384-3847
Fax: 702-880-7656
*Attorneys for Plaintiff*

3