SIDELL INJURY LAW
ROBERT SIDELL, ESQ.
Nevada Bar No.: 1196
R. HUNTER SIDELL, ESQ.
Nevada Bar No.: 14620
3415 West Charleston Blvd.
Las Vegas, NV 89102
Phone: 702-384-3847
Fax: 702-880-7656
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| GREGORY ROBERTS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>GEOFFREY MORROW, an individual; WAL-MART TRANSPORTATION, LLC, a Foreign Limited-Liability Company, WALMART INC., a Foreign Corporation, dba WALMART and as WAL-MART; DOES 1 through 50, inclusive; and ROE ENTITIES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-00831-JAD-BNW<br><br>**STIPULATION AND ORDER TO STAY THE PROCEEDINGS THROUGH JULY 31, 2023**<br><br>ECF No. 14 |

IT IS HEREBY STIPULATED AND AGREED, by and between: Plaintiff GREGORY ROBERTS, by and through his attorneys ROBERT SIDELL, ESQ. and HUNTER SIDELL, ESQ., of SIDELL INJURY LAW, and Defendants GEOFFERY MORROW; WALMART TRANSPORTATION, LLC; WALMART, INC. DBA WALMART and as WALMART, by and through their attorneys KURT BONDS, ESQ., and MADISON AGUIRRE, ESQ., of ALVERSON TAYLOR MORTENSEN & SANDERS that the proceedings in this matter be stayed through July 31, 2023.

This matter relates to a motor vehicle collision that occurred on December 19, 2019. The parties completed a Mediation, and desire a stay of these proceedings to continue settlement talks.

This stipulation is based on the following:

1. The court previously approved a stay in this case until June 30, 2023.

2. A mediation was completed on March 27, 2023.

3. The parties have made forward progress towards settlement since the mediation and are actively working together in good faith to resolve this claim.

4. The parties desire an extended stay through July 31, 2023 to continue settlement negotiations.

5. IT IS HEREBY STIPULATED AND AGREED that this action shall be stayed through July 31, 2023.

6. IT IS HEREBY STIPULATED AND AGREED that the stay established by this order shall terminate after July 31, 2023.

**IT IS SO AGREED AND STIPULATED:**

DATED: 6/28/2023                           DATED: 6/28/2023

SIDELL INJURY LAW                          ALVERSON, TAYLOR, & SANDERS

 s/ *Hunter Sidell, Esq.*                   s/ *Kurt Bonds, Esq.*
ROBERT SIDELL, ESQ.                        KURT BONDS, ESQ.
Nevada Bar No.: 1196                       Nevada Bar No.: 6228
HUNTER SIDELL, ESQ.                        MADISON AGUIRRE, ESQ.
Nevada Bar No.: 14620                      Nevada Bar No.: 16183
3415 W. Charleston Blvd.                   6605 Grand Montecito Pkwy Suite 200
Las Vegas, NV 89102                        Las Vegas, NV 89149
*Attorneys for Plaintiffs*                 *Attorneys for Defendants*

**ORDER**

Based on the parties' stipulation [ECF No. 14], IT IS HEREBY ORDERED, ADJUDGED AND DECREED that **this action is stayed** for all purposes through July 31, 2023.

DATED: 7/3/23

_____
FEDERAL DISTRICT COURT JUDGE

Respectfully submitted by:

SIDELL INJURY LAW

_s/ Hunter Sidell, Esq._
ROBERT SIDELL, ESQ.
Nevada Bar No.: 1196
R. HUNTER SIDELL, ESQ.
Nevada Bar No.: 14620
3415 West Charleston Blvd.
Las Vegas, NV 89102
Phone: 702-384-3847
Fax: 702-880-7656
*Attorneys for Plaintiff*