SIDELL INJURY LAW
ROBERT SIDELL, ESQ.
Nevada Bar No.: 1196
R. HUNTER SIDELL, ESQ.
Nevada Bar No.: 14620
3415 West Charleston Blvd.
Las Vegas, NV 89102
Phone: 702-384-3847
Fax: 702-880-7656
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| GREGORY ROBERTS, an individual, | Case No.: 2:22-cv-00831-JAD-BNW |
| Plaintiff, | |
| vs. | **NOTICE OF SETTLEMENT** |
| GEOFFREY MORROW, an individual; WAL-MART TRANSPORTATION, LLC, a Foreign Limited-Liability Company, WALMART INC., a Foreign Corporation, dba WALMART and as WAL-MART; DOES 1 through 50, inclusive; and ROE ENTITIES 1 through 50, inclusive, | ECF No.: 18 |
| Defendants. | |

///

///

///

///

1

1  Plaintiff Gregory Roberts, by and through his attorneys of record, ROBERT SIDELL, ESQ. and HUNTER SIDELL, ESQ., of SIDELL INJURY LAW, notifies the Court that the parties have reached a settlement of all claims pending in this action and will submit to the Court a Stipulation for Dismissal with Prejudice in the near future, after the settlement documents have been finalized.

The parties request this matter be stayed pending finalization of the settlement documents.

DATED this __21__ day of __August__, 2023.

                                                  SIDELL INJURY LAW

                                                  s/ *Robert Sidell*

                                                ROBERT SIDELL, ESQ.
Nevada Bar No.: 1196
HUNTER SIDELL, ESQ.
Nevada Bar No.: 1496
3415 W. Charleston Blvd.
Las Vegas, NV 89102
*Attorneys for Plaintiffs*