SIDELL INJURY LAW
ROBERT SIDELL, ESQ.
Nevada Bar No.: 1196
R. HUNTER SIDELL, ESQ.
Nevada Bar No.: 14620
3415 West Charleston Blvd.
Las Vegas, NV 89102
Phone: 702-384-3847
Fax: 702-880-7656
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| GREGORY ROBERTS, an individual, | Case No.: 2:22-cv-00831-JAD-BNW |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| GEOFFREY MORROW, an individual; WAL-MART TRANSPORTATION, LLC, a Foreign Limited-Liability Company, WALMART INC., a Foreign Corporation, dba WALMART and as WAL-MART; DOES 1 through 50, inclusive; and ROE ENTITIES 1 through 50, inclusive, | ECF No.: 19 |
| Defendants. | |

///

///

///

///

1

IT IS HEREBY STIPULATED by and between Plaintiff GREGORY ROBERTS, and Defendants GEOFFREY MORROW, WAL-MART TRANSPORTATION, LLC, and WALMART INC., by and through their respective undersigned counsel of record, that this matter be dismissed with prejudice, with all parties to bear their own respective fees and costs incurred.

IT IS SO AGREED AND STIPULATED:

DATED: 10/31/2023

SIDELL INJURY LAW

s/ Robert Sidell
ROBERT SIDELL, ESQ.
Nevada Bar No.: 1196
HUNTER SIDELL, ESQ.
Nevada Bar No.: 14620
3415 W. Charleston Blvd.
Las Vegas, NV 89102
*Attorneys for Plaintiff*

DATED: 10/31/2023

HALL & EVANS, LLC

s/ Kurt Bonds
KURT BONDS, ESQ.
Nevada Bar No.: 6228
MADISON AGUIRRE, ESQ.
Nevada Bar No.: 16183
1160 N. Town Center Dr. Suite 330
Las Vegas, NV 89144
*Attorneys for Defendants*

2

**ORDER**

Based on the parties' stipulation [ECF No. 19], IT IS HEREBY ORDERED, ADJUDGED, and DECREED that this action be dismissed with prejudice, with all parties to bear their own respective fees and costs incurred. The clerk of court is instructed to CLOSE THIS CASE.

_____
  FEDERAL DISTRICT COURT JUDGE
DATED:  11-2-23

Respectfully submitted by:

SIDELL INJURY LAW

  *s/ Robert Sidell*
_____
ROBERT SIDELL, ESQ.
Nevada Bar No.: 1196
R. HUNTER SIDELL, ESQ.
Nevada Bar No.: 14620
3415 West Charleston Blvd.
Las Vegas, NV 89102
Phone: 702-384-3847
Fax: 702-880-7656
*Attorneys for Plaintiff*